IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NELSON ANDREW BECK and | ) | Case No: 3:25-bk-01437 |
| CHRISTAL DAWN BECK, | ) | Chapter 7 |
| | ) | Judge Walker |
| Debtors. | ) | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: July 22, 2025**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: August 6, 2025, at 11:00 a.m., in Courtroom 2, United States Bankruptcy Court, 701 Broadway, Nashville, Tennessee (Virtual Hearing if Allowed; See Court's Website for Details)**

**NOTICE OF TRUSTEE'MOTION TO**
**EXTEND THE DEADLINE UNDER 11 U.S.C. §727**

Jeanne Ann Burton, Chapter 7 Trustee, has asked the court for the following relief: extension of time to file complaint objecting to Debtor's discharge.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before July 22, 2025, you or your attorney must:

1. File with the court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>.**

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584.

2. **Your response must state that the deadline for filing responses is July 22, 2025, the date of the scheduled hearing is August 6, 2025, and the motion to which you are responding is the Trustee's Motion to Extend the Deadline under 11 U.S.C. § 727.**

3. You must serve your response or objection **by electronic service through the Electronic Filing system** described above. You must also mail a copy of your response or objection to:

| Jeanne Ann Burton | United States Trustee | Phillip G. Young, Jr. |
| --- | --- | --- |
| 4117 Hillsboro Pike | 701 Broadway, Customs House Suite 318 | Thompson Burton PLLC |
| Suite 103-116 | Nashville, TN 37203 | 6100 Tower Circle |
| Nashville, TN 37215 | | Suite 200 |
| | | Franklin, TN 37067 |

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at <https://ecf.tnmb.uscourts.gov>.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Dated: July 1, 2025

By: /s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel: 615-465-6008
phillip@thompsonburton.com

Attorneys for Trustee

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NELSON ANDREW BECK and ) | Case No: 3:25-bk-01437 |
| CHRISTAL DAWN BECK, ) | Chapter 7 |
| ) | Judge Walker |
| Debtors. ) | |

### TRUSTEE'S MOTION TO EXTEND THE DEADLINE UNDER 11 U.S.C. §727

Jeanne Ann Burton, Trustee, Trustee (the "Trustee"), hereby moves this Court for an Order extending the deadline for the Trustee and the United States Trustee to object to the Debtors' discharge under 11 U.S.C.§ §727. In support of this motion, the Trustee represents and alleges as follows:

1. Nelson Andrew Beck and Christal Dawn Beck (the "Debtors") filed a voluntary Chapter 7 petition on April 3, 2025.

2. Jeanne Ann Burton was appointed as the Chapter 7 Trustee in the case and continues to serve in that position.

3. The current deadline to file objections under 11 U.S.C §727 is July 7, 2025.

4. As indicated in prior pleadings, the Debtors have been uncooperative in the Trustee's attempts to administer this estate. There are significant assets remaining that must be liquidated for the benefit of this estate and its creditors. The Trustee needs to determine the level of cooperation in her liquidation of these remaining assets in order to make a decision regarding the Debtors' discharge, pursuant to 11 U.S.C. §§ 727(a)(2), (3), (4) and/or (6)

WHEREFORE, the Trustee requests that the deadline under 11 U.S.C. §727 be extended approximately 90 days from July 7, 2025, to October 6, 2025, for the Chapter 7 Trustee and the

U.S. Trustee to allow time to further evaluate the conduct of the Debtors, and that the Court grant such other relief as may be appropriate.

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel: 615-465-6008
phillip@thompsonburton.com

Attorneys for Trustee



IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NELSON ANDREW BECK and ) | Case No: 3:25-bk-01437 |
| CHRISTAL DAWN BECK, ) | Chapter 7 |
| ) | Judge Walker |
| Debtors. ) | |

### ORDER GRANTING EXTENSION OF THE DEADLINE
### UNDER 11 U.S.C. §727

This matter is before the Court on the Trustee's Motion to Extend the Deadline under 11 U.S.C. §727 for the Chapter 7 Trustee and the U.S. Trustee. Notice of the motion was properly served. The 21-day objection period referenced in the motion has expired. No party has filed a timely response to the motion or the parties have resolved any timely filed objection. It is therefore,

**ORDERED** that the deadline for the Trustee and the United States Trustee under 11 U.S.C. §727 shall be and is hereby extended for approximately ninety (90) days from July 7, 2025, to October 6, 2025.

**This Order was signed and entered electronically as indicated at the top of the first page.**

**APPROVED FOR ENTRY:**

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel: 615-465-6008
phillip@thompsonburton.com

Attorneys for Trustee

## Certificate of Service

      The undersigned hereby certifies that a copy of the preceding Motion was electronically filed and served via the Court's ECF system this 1st day of July, 2025:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel: 615-465-6008
phillip@thompsonburton.com

Attorneys for Trustee